# Court of Appeals
# of the State of Georgia

ATLANTA,  May 04, 2026

*The Court of Appeals hereby passes the following order:*

**A26A1776. VINCENT A. WEST v. THE STATE.**

In September 2019, Vincent A. West pleaded guilty to armed robbery and possession of a firearm during the commission of a felony. In November 2026, West filed a motion for leave to file an out-of-time appeal. The trial court determined West was not entitled to an out-of-time appeal and dismissed the motion on January 23, 2026. West filed a notice of appeal on February 25, 2026. We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38(a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Yanes v. Escobar*, 362 Ga. App. 896, 898 (870 SE2d 506) (2022). Because West did not file his notice of appeal until 33 days after entry of the trial court's order, we lack jurisdiction to consider his appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
 Clerk's Office, Atlanta,  05/04/2026

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.